# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Malibu Media LLC

                       Plaintiff,

v.                                              Case No.: 1:13–cv–02702
                                                  Honorable Milton I. Shadur

Malibu Media LLC

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 9, 2013:

      MINUTE entry before the Honorable Milton I. Shadur: Motion hearing held on 12/9/2013. Plaintiff's motion to dismiss counterclaim [35] and motion to strike defendant's affirmative defenses [37] are granted for the reasons stated in open court. This Court strikes defendant's answer to the complaint for the reasons stated in open court. Defendant is ordered to file an amended answer and affirmative defenses on or before 1/10/2014. Status hearing set for 1/24/2014 at 9:00 a.m. to stand. Mailed notice by judge's staff. (srb,)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.