IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | |
|         Plaintiff, | |
| v. | Civil Action No. 1:13-cv-02702 |
| JOHN DOE, subscriber assigned IP address 67.176.196.59, | |
|         Defendant. | |

**PLAINTIFF'S NOTICE OF SETTLEMENT
WITH DEFENDANT JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff, Malibu Media, LLC, has settled this matter with Defendant, John Doe, subscriber assigned IP address 67.176.196.59 ("Defendant"). Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executor obligations, Plaintiff will dismiss Defendant from this action with prejudice.

Dated: August 11, 2014

        Respectfully submitted,

        By:    /s/ *Paul J. Nicoletti*
        Paul J. Nicoletti
        pauljnicoletti@gmail.com
        NICOLETTI LAW, PLC
        33717 Woodward Avenue, Suite #433
        Birmingham, Michigan 48009
        Phone: (248) 203-7800
        *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 11, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By: /s/ *Paul J. Nicoletti*
Paul J. Nicoletti